```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              SHS
- - - - - - - - - - - - - - - - - - - -x   07-CIV-8297(AKH)(GWG)
U2 HOME ENTERTAINMENT, INC.,            :
                                        :
              Plaintiff,                :
                                        :
         vs.                            :
                                        :
"JOHN DOES" I THROUGH V DOING BUSINESS  :
AS "BROADWAY AUDIO"                     :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

### ORDER UNSEALING COURT FILE

WHEREAS, by Order of the Court dated September 24, 2007, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court having been advised by plaintiff's counsel that on October 6, 2007, the Order of Seizure was executed, it is hereby

ORDERED, that the file of this case is unsealed.

Dated:   New York, New York
         October 11, 2007

                                          _____
                                          Sidney H. Stein
                                          United States District Judge