United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 6
DATE FILED: 10/5/07

```
-------------------------------X
                               |
       ABC                     |
                               |     NOTICE OF REASSIGNMENT
                               |
       -V-                     |
                               |
                               |     07   civ. 8297   (      )
                               |
                               |
       DEF                     |
                               |
-------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    **JUDGE**_____Sidney H. Stein_____

    All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the reassigned judge's initials after the case number.

                                 J. Michael McMahon, Clerk of Court

**Dated:** 10/5/2007

                                   by: _[signature]_____

                                   Roberto Trotman     , Deputy Clerk

**REDESIGNATED TO MAGISTRATE JUDGE**_____

CC: Attorneys of Record

NOTICE OF REASSIGNMENT FORM

U.S.D.C. S.D.N.Y. Docket Support Unit                                                   Revised: March 27, 2006