```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

U2 HOME ENTERTAINMENT, INC.,           :      07 Civ. 8297 (SHS)

           Plaintiff,            :

    -against-                              :      ORDER

"JOHN DOES" I THROUGH V DOING          :
BUSINESS AS "BROADWAY AUDIO,"
                                     :
           Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for plaintiff present, and an employee of defendant Broadway Audio present,

    IT IS HEREBY ORDERED that:

1. The last day for completion of discovery is January 11, 2008;

2. There will be a pretrial conference on January 11, 2008, at 10:00 a.m.; and

3. Plaintiff shall send a copy of this Order to defendants.

Dated: New York, New York
       October 11, 2007

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.