AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

```
- - - - - - - - - - - - - - - - - - - - -x
U2 HOME ENTERTAINMENT, INC.,

         Plaintiff,

    vs.

"JOHN DOES" I THROUGH V DOING BUSINESS
AS "BROADWAY AUDIO"

         Defendants.
- - - - - - - - - - - - - - - - - - - - -x
```

**APPEARANCE**

Case Number:   07-CIV-8297

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U2 Home Entertainment, Inc.

I certify that I am admitted to practice in this court.

10/15/07
Date

Signature

Walter-Michael Lee          WL6353
Print Name                  Bar Number

Sargoy, Stein, Rosen & Shapiro, 1790 Broadway, 14th Fl.
Address

New York        NY          10019
City            State       Zip Code

(212) 621-8247              (212) 581-2755
Phone Number                Fax Number