```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x    07-CIV-8297(SHS)
U2 HOME ENTERTAINMENT, INC.,                :
                                            :
                Plaintiff,                  :
                                            :
        vs.                                 :
                                            :
"JOHN DOES" I THROUGH V DOING BUSINESS      :
AS "BROADWAY AUDIO"                         :
                                            :
                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - -x
```

**AFFIDAVIT OF SERVICE BY MAIL**

I, Walter-Michael Lee, being sworn, say: I am not a party to the action, am over 18 years of age and reside in New York, New York. On October 16, 2007 I served VIA MAIL the ORDER dated October 11, 2007 to:

> Broadway Audio
> Attn: Xiu Hui Chen
> 39 East Broadway
> New York, New York 10002

Dated:  October 16, 2007

_____
Walter-Michael Lee