I, JUDY YANG, being first sworn, depose and say the following, subject to penalty of perjury:

1.    I am an investigator, employed by Filley & Associates, a private investigation company. All of the matters stated herein are based on my personal knowledge. If sworn as witness I could and would testify competently to the matters stated herein.

2.    At the request of Plaintiff U2 HOME ENTERTAINMENT, INC., I was assigned to conduct a survey of the following video outlets in the New York Metropolitan Area, New York for suspected copyright infringement.

"BROADWAY AUDIO"

1.    On or about July 14, 2007 at approximately 11:00 AM, I visited the store premises of Defendant BROADWAY AUDIO located at 39 E. Broadway, New York, NY 10002. The store is surrounded by other small businesses. The business appears to be a shoe store or comforter shop. I observed two female attendants in their 30's in charge of the business. They spoke a mixture of Fuchow, Mandarin, and English. I observed a small box next to the shoe display filled with bootlegged discs. I observed bootlegged discs covered with garbage bags and stored in shoe boxes behind the counter. One of the female attendants produced bootlegged discs from a shoe box located behind the counter in response to an inquiry from a customer. I was able to observe more bootlegged discs stored behind the counter. I estimated that the premises occupy an area of approximately fifty (50) square feet.

2.    I observed approximately eight hundred (800) Chinese language video discs for sale in which I estimated approximately sixty (60) to be Plaintiff's titles. I selected and purchased one motion picture title to which Plaintiff owns the copyright as follows: THE YOUNG WARRIORS (Episodes 1-43). I paid a sum of $14.00 in cash. No receipt or business card was issued.

3.　　All of the purchased video discs from the Defendant were forward to Plaintiff's Associate Counsel LYNDA HUNG, ESQ.

Executed this ___ day of August, 2007 in San Francisco, California.



JUDY YANG

SUBSCRIBED AND SWORD TO BEFORE ME on the ___ day of August, 2007.

Notary Public in and for The State of CALIFORNIA

MICHAEL JOHN SCARDINO
Commission # 1596034
Notary Public - California
San Mateo County
My Comm. Expires Aug 17, 2009