

IN THE UNITED STATES DISTRICT COURT
__SOUTHERN__ DISTRICT OF __NEW YORK__

California:
23172 Plaza Pointe Drive
Suite 185
Laguna Hills, CA 92653
(714) 770-9733
(800) 274-CBIC National
(714) 770-9805 FAX
(800) 825-9805 FAX Toll Free

U2 HOME ENTERTAINMENT, INC.,

Plaintiff(s)

vs.

"JOHN DOES" I THROUGH V DOING BUSINESS
AS "BROADWAY AUDIO"

Defendant(s)

Case No. __07-CIV-8297__

Bond for Order of Seizure and Impoundment

KNOW ALL BY THESE PRESENTS:

That we, __U2 HOME ENTERTAINMENT, INC.,__ _____, as Principal, and CONTRACTORS BONDING AND INSURANCE COMPANY, a Washington corporation, as Surety, are held and firmly unto __THE ABOVE NAMED DEFENDANT__, as Obligee in the penal sum of __TEN-THOUSAND AND NO/100........................__ dollars ($__10,000.00__), lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

    WHEREAS, the Principal has commenced an action in the above-referenced United States District Court for the infringement of copyright; and
    WHEREAS, said court has ordered the seizure of merchandise that infringes Principal's copyrights and trademarks, used in the violation of the copyright owners' exclusive rights, all in accordance with section 503(a), Title 17, United States Code and Rules 3 through 13 of the Rules of Copyright Practice and Procedure promulgated by the Supreme Court of the United States; and
    WHEREAS, the order is conditioned that the Principal file a good and sufficient bond for the payment of such costs or damages that may be incurred or suffered by any party who is found to be wrongfully restrained;

    NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the obligee recovers judgment in said action, the Principal or Surety shall pay all costs that may be awarded to the said obligee and all the damages which said Obligee may sustain by reason of said order of seizure upon payment, then this obligation shall be void; otherwise to remain in full force and effect.

    PROVIDED, HOWEVER, that the Surety's liability hereunder is limited, singly, or in the aggregate, to the penal sum of the bond set forth herein, and any payment by the Surety to any party hereunder shall reduce and exonerate the bond to the full extent paid.

SIGNED AND SEALED this __13TH__ day of __SEPTEMBER__, 2007

BOND NO. CE8230
PREMIUM: $100.00 Per Annum
APPROVED:

By:_____
                 Judge

U2 HOME ENTERTAINMENT, INC.
By: _/s/ WMC_____
OK'D BY SURETY TO BE SIGNED BY AN ATTORNEY principal

CONTRACTORS BONDING AND INSURANCE COMPANY
By: _/s/ Kathy Bartlow_____
KATHY BARTLOW, attorney-in-fact

■ Contractors Bonding and Insurance Company ■

SEIZURE BOND



# LIMITED POWER OF ATTORNEY

**Not Valid for Bonds Executed On or After:** MARCH 23RD, 2008

**Power of Attorney Number:** CE8230

*READ CAREFULLY – to be used only with the bond specified herein*

Only an unaltered original of this Power of Attorney document is valid. A valid original of this document is printed on gray security paper with black and red ink and bears the seal of Contractors Bonding and Insurance Company (the "Company"). The original document contains a watermark with the letters "cbic" embedded in the paper rather than printed upon it. The watermark appears in the blank space beneath the words "Limited Power of Attorney" at the top of the document and is visible when the document is held to the light. This document is valid solely in connection with the execution and delivery of the bond bearing the number indicated below, and provided also that the bond is of the type indicated below. This document is valid only if the bond is executed on or before the date indicated above.

```
KNOW ALL BY THESE PRESENTS, that Contractors Bonding and Insurance Company
(CBIC), does hereby make, constitute and appoint the following: KATHY BARTLOW,
its true and lawful Attorney(s) in fact with full power and authority hereby
conferred, to sign, execute, acknowledge and deliver for and on its behalf as
Surety, any of the following bonds:
(1) BONDS FOR NOTARY PUBLIC WITH A MAXIMUM PENAL SUM OF $15,000.00-------------
(2) COURT AND FIDUCIARY BONDS WITH A MAXIMUM PENAL SUM OF $100,000.00----------
(3) ERISA BONDS WITH A MAXIMUM PENAL SUM OF $100,000.00------------------------
EXCLUSIONS:- THIS POWER OF ATTORNEY DOES NOT APPLY TO (1) BAIL BONDS-----------
(2) ANY BOND IN FAVOR OF THE UNITED STATES OF AMERICA (3) GUARDIAN OR----------
CONSERVATORS BONDS (4) DEFENDANT'S COURT BONDS INCLUDING SUPERSEDEAS, APPEAL,--
AND STAY OF EXECUTION, AND (5) ANY CONSTRUCTION CONTRACT BONDS INCLUDING,------
BIDS, PAYMENT AND PERFORMANCE AND SITE IMPROVEMENT.---------------------------
```

## CERTIFICATE

I, the undersigned secretary of Contractors Bonding and Insurance Company, a Washington corporation, DO HEREBY CERTIFY that this Power of Attorney remains in full force and effect and has not been revoked, and, futhermore, that the resolutions of the Board of Directors set forth on the reverse are now in full force and effect.

Bond Number __CE8230__

Signed and sealed this __13TH__ day of __SEPTEMBER__, __2007__.

R. Kirk Eland, Secretary

*Not Valid Unless Seal Affixed*

CBIC • 1213 Valley Street • P.O. Box 9271 • Seattle, WA 98109-0271
(206) 622-7053 • (800) 765-CBIC (Toll Free) • (800) 950-1558 (FAX)

PoaLPOA.07-US051104



California:
23172 Plaza Pointe Drive
Suite 185
Laguna Hills, CA 92653
(714) 770-9733
(800) 274-CBIC National
(714) 770-9805 FAX
(800) 825-9805 FAX Toll Free

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U2 HOME ENTERTAINMENT, INC.,

Plaintiff(s)

vs.

"JOHN DOES" I THROUGH V DOING BUSINESS AS "BROADWAY AUDIO"

Defendant(s)

Case No. 07-CIV· 8297

Bond for Order of Seizure and Impoundment

---

KNOW ALL BY THESE PRESENTS:

That we, __U2 HOME ENTERTAINMENT, INC.,__ _____, as Principal, and CONTRACTORS BONDING AND INSURANCE COMPANY, a Washington corporation, as Surety, are held and firmly unto __THE ABOVE NAMED DEFENDANT__ as Obligee in the penal sum of __FORTY-THOUSAND AND NO/100..................__ dollars ($ 40,000.00 ), lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

    WHEREAS, the Principal has commenced an action in the above-referenced United States District Court for the infringement of copyright; and
    WHEREAS, said court has ordered the seizure of merchandise that infringes Principal's copyrights and trademarks, used in the violation of the copyright owners' exclusive rights, all in accordance with section 503(a), Title 17, United States Code and Rules 3 through 13 of the Rules of Copyright Practice and Procedure promulgated by the Supreme Court of the United States; and
    WHEREAS, the order is conditioned that the Principal file a good and sufficient bond for the payment of such costs or damages that may be incurred or suffered by any party who is found to be wrongfully restrained;

    NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the obligee recovers judgment in said action, the Principal or Surety shall pay all costs that may be awarded to the said obligee and all the damages which said Obligee may sustain by reason of said order of seizure upon payment, then this obligation shall be void; otherwise to remain in full force and effect.

    PROVIDED, HOWEVER, that the Surety's liability hereunder is limited, singly, or in the aggregate, to the penal sum of the bond set forth herein, and any payment by the Surety to any party hereunder shall reduce and exonerate the bond to the full extent paid.

SIGNED AND SEALED this __24TH__ day of __SEPTEMBER__, 2007.

BOND NO. CE8230A
PREMIUM:  $800.00 Per Annum

APPROVED:

_____, _____
By:_____
                      Judge

U2 HOME ENTERTAINMENT, INC.
By: _/s/_____
OK'D BY SURETY TO BE SIGNED BY AN ATTORNEY   principal

CONTRACTORS BONDING AND INSURANCE COMPANY
By:_/s/ Kathy Bartlow_____
   KATHY BARTLOW    attorney-in-fact

⇒ Contractors  Bonding  and  Insurance  Company ⇐

ADDITIONAL SEIZURE BOND



# LIMITED POWER OF ATTORNEY

**Not Valid for Bonds Executed On or After:**
MARCH 23RD, 2008

**Power of Attorney Number:**
CE8230A
~~CE8235~~

### READ CAREFULLY – to be used only with the bond specified herein

Only an unaltered original of this Power of Attorney document is valid. A valid original of this document is printed on gray security paper with black and red ink and bears the seal of Contractors Bonding and Insurance Company (the "Company"). The original document contains a watermark with the letters "cbic" embedded in the paper rather than printed upon it. The watermark appears in the blank space beneath the words "Limited Power of Attorney" at the top of the document and is visible when the document is held to the light. This document is valid solely in connection with the execution and delivery of the bond bearing the number indicated below, and provided also that the bond is of the type indicated below. This document is valid only if the bond is executed on or before the date indicated above.

```
KNOW ALL BY THESE PRESENTS, that Contractors Bonding and Insurance Company
(CBIC), does hereby make, constitute and appoint the following: KATHY BARTLOW,
its true and lawful Attorney(s) in fact with full power and authority hereby
conferred, to sign, execute, acknowledge and deliver for and on its behalf as
Surety, any of the following bonds:
(1) BONDS FOR NOTARY PUBLIC WITH A MAXIMUM PENAL SUM OF $15,000.00
(2) COURT AND FIDUCIARY BONDS WITH A MAXIMUM PENAL SUM OF $100,000.00
(3) ERISA BONDS WITH A MAXIMUM PENAL SUM OF $100,000.00
EXCLUSIONS:- THIS POWER OF ATTORNEY DOES NOT APPLY TO (1) BAIL BONDS
(2) ANY BOND IN FAVOR OF THE UNITED STATES OF AMERICA (3) GUARDIAN OR
CONSERVATORS BONDS (4) DEFENDANT'S COURT BONDS INCLUDING SUPERSEDEAS, APPEAL,
AND STAY OF EXECUTION, AND (5) ANY CONSTRUCTION CONTRACT BONDS INCLUDING,
BIDS, PAYMENT AND PERFORMANCE AND SITE IMPROVEMENT.
```

## CERTIFICATE

I, the undersigned secretary of Contractors Bonding and Insurance Company, a Washington corporation, DO HEREBY CERTIFY that this Power of Attorney remains in full force and effect and has not been revoked, and, futhermore, that the resolutions of the Board of Directors set forth on the reverse are now in full force and effect.

Bond Number: CE8230A ~~CE8235~~

Signed and sealed this 24TH day of SEPTEMBER, 2007.

R. Kirk Eland, Secretary

CBIC • 1213 Valley Street • P.O. Box 9271 • Seattle, WA 98109-0271
(206) 622-7053 • (800) 765-CBIC (Toll Free) • (800) 950-1558 (FAX)

PoaLPOA.07-US051104