NA01312107124                                            Sargoy, Stein Rosen & Shapiro

## AFFIDAVIT OF SERVICE

Court: United States District          County: Southern N.Y.

------------------------------------------------

**U2 Home Entertainment Inc.**
                                           Plaintiff

           against
                                     Index #:07CIV8297

**Xiu Hui Chen and "John Does II through
V d/b/a Broadway Audio**
                                Defendant(s)

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          ss.

**Byron Robusky** being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in
the State of New York.
Deponent attempted to make personal service of a true copy of the
**Amended Summons and Amended Complaint and Exhibit**
in the above titled action
upon **Xiu Hui Chen** therein named:
at the aforementioned address, to wit
**125 Allen Street, 6D
, New York, New York, 10002**
That personal service could not be made with due diligence upon the
said **Xiu Hui Chen** and therefore
deponent on **December 21, 2007 at 12:46 pm** at the aforementioned address,
served a true copy or copies of the
**Amended Summons and Amended Complaint and Exhibit**
herein upon the said **Xiu Hui Chen**
by affixing the same to the door of said **Xiu Hui Chen.**

Since admittance could not be obtained upon resonable application, or a person of
suitable age and discretion found who would receive the same, true copies thereof.
Deponent was unable to ascertain from neighbor(s) either the place of employment of
the defendant or his usual hours at home.
Prior attempts were made on   **December 20, 2007 at 7:48 am**
and **December 19, 2007 at 8:05 pm**

Deponent spoke to **Ms. Klein, neighbor** at **apartment 5D**
who verified that the person served did in fact reside at that address.

On **December 22, 2007** I deposited in the United States mails a true copy or copies of
the properly enclosed and sealed in a postpaid wrapper addressed to the said
Xiu Hui Chen   at the aforementioned address. Copy mailed 1st class mail
marked "Personal and Confidential" not indicating on the outside thereof, by return
address or otherwise that said notice is from an attorney or concerns an action
against the person to be served.

Sworn to before me this
 December 22, 2007
Lana Faith Pollack
Commissioner of Deeds
No. 1-11-5537
Certificate Filed in New York County
Commission Expires July 1, 2008

                                                                                 Byron Robusky 867464