

WALTER-MICHAEL LEE
Direct Dial: (212) 621-8247
wlee@sargoy.com

January 2, 2008

**VIA DHL EXPRESS**
Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *U2 Home Entertainment, Inc. v. Xiu Chen and "John Does" II through V doing business as "Broadway Audio"* 07-Civ-8297(AKH)(GWG)

Dear Judge Stein:

    We represent plaintiff U2 Home Entertainment, Inc. Xiu Hui Chen has not yet appeared.

    We are writing to request an adjournment of the pretrial conference scheduled for January 11, 2008 at 10:00 am. This is the first request for an adjournment of this conference.

    At the return date for the Order to Show Cause issued in this case, Ms. Chen appeared and confirmed that she worked at the Broadway Audio store. Thereafter, we issued document requests and interrogatories. Although we received no response to these requests, on November 8, 2007, I received a phone call from an attorney, Weishan Wang, acting on behalf of Ms. Chen. Mr. Wang asked about our position to settle this case with Ms. Chen. On December 5, 2007, I again spoke to Mr. Wang who told me that he never heard back from Ms. Chen and would not be representing her. Shortly thereafter, the complaint was amended to name Ms. Chen as a defendant.

    On December 21, 2007, Ms. Chen was served with the amended complaint. Ms. Chen has yet to answer and I have received no communications from her. If Ms. Chen does not answer within the time allotted by the Federal Rules, plaintiff will move for a default judgment.

Honorable Sidney S. Stein
January 2, 2008
Page 2 of 2

  Therefore, it is respectfully requested that the conference scheduled for January 11, 2008 be adjourned.

  Thank you for your consideration.

           Respectfully submitted,
           **SARGOY, STEIN, ROSEN & SHAPIRO**

           By: _/s/ Walter-Michael Lee_
              Walter-Michael Lee

Cc: Xiu Hui Chen

*[Handwritten note: 1/7/08 — Jan 11 Conf. adjourned to February 29, 2008 at 9:30 A.M.]*

SO ORDERED 1/7/08

_/s/ Sidney H. Stein_
SIDNEY H. STEIN
U.S.D.J.

SARGOY, STEIN, ROSEN & SHAPIRO