

DUNNEGAN LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

January 14, 2008

By Telecopy

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: <u>Pearson Education v. Liao</u>
>     07 Civ. 8237 (SHS)

Dear Judge Stein:

    We are attorneys for plaintiffs in the above action. We are writing in advance of the conference scheduled for January 18, 2008 at 10:00 am to request a one week extension of the discovery cutoff date of January 18, 2008 and for an order directing defendants to appear for a deposition before the close of discovery.

    The reason for this request is that we adjourned the depositions of defendants, scheduled for January 3 and 4, because the parties were having meaningful settlement discussions. These discussions, today, have proven fruitless. Defendants' counsel has told me that he cannot persuade defendants to appear for deposition.

Respectfully yours,

*William Dunnegan*
William Dunnegan

Cc: Robert Horne, Esq. (E-Mail)

*[Handwritten note from judge:] The parties are to appear for the pretrial conf. on 1/8/08 at 10 AM to discuss Mr. Dunnegan's Jan 14 letter. So ordered. [signed] S.H. Stein U.S.D.J.*