# EXHIBIT A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------x   07-CIV-8297(SHS)
U2 HOME ENTERTAINMENT, INC.,  :
                              :
              Plaintiff,      :
                              :
         vs.                  :
                              :
XIU HUI CHEN AND "JOHN DOES" II THROUGH :
V DOING BUSINESS AS "BROADWAY AUDIO"    :
                              :
              Defendants.     :
-----------------------------x
```

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION
AGAINST XIU HUI CHEN DOING BUSINESS AS BROADWAY AUDIO**

Whereas, this action having been commenced on September 24, 2007 with the filing of a Summons and Complaint;

Whereas, on December 12, 2007, the complaint was amended to name Xiu Hui Chen as a defendant in this action;

Whereas, on December 21, 2007, Xiu Hui Chen was served with a copy of the Amended Summons and Amended Complaint;

Whereas, proof of such service has been filed with the Clerk of the Court;

Whereas, Xiu Hui Chen has not answered nor moved with respect to the Amended Complaint;

Whereas, the time for answering or moving with respect to the Amended Complaint has expired; and

Whereas, on January 17, 2008, a default having been entered by the Clerk of this Court and a motion for a default judgment

having been made on notice returnable on February 29, 2008 at 10:00 am and no one appearing at that time, it is hereby

ORDERED, ADJUDGED AND DECREED, that Xiu Hui Chen, her employees, agents, and those acting in concert with them, are permanently enjoined from:

1. Further infringing the copyrighted motion pictures for which plaintiff owns exclusive distribution rights (hereinafter referred to as "the Plaintiff's Motion Pictures"), 1) by importing, duplicating, manufacturing, or otherwise copying any videocassette or videodisc copies of Plaintiff's Motion Pictures; or 2) by renting, selling, leasing, lending or otherwise distributing unauthorized copies of the Plaintiff's Motion Pictures; and it is further

2. Further using the names of the Plaintiff's Motion Pictures or the trademarks, tradenames, logos, or corporate names of the plaintiff in connection with videocassettes or videodiscs in any manner which is likely to cause confusion or mistake or deception in connection with the distribution, advertising, promotion and sale of copies of the plaintiff's motion pictures; and it is further;

ORDERED, ADJUDGED AND DECREED, that

a) plaintiff be awarded statutory damages pursuant to 17 U.S.C. §504(c) in the amount of $_____ against Defendant;

2

    b)    that the award of statutory damages shall accrue interest pursuant to 28 U.S.C. §1961;

    c)    that the seized materials be forfeited to plaintiff for destruction or other disposition; and

    d)    that the bonds posted by plaintiff be vacated.


Dated:    New York, New York

           _____, 2008

                                               Sidney H. Stein
                                      United States District Judge