# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - -x    07-CIV-8297(SHS)
U2 HOME ENTERTAINMENT, INC.,              :
                                          :
         Plaintiff,                       :
                                          :
     vs.                                  :
                                          :
XIU HUI CHEN AND "JOHN DOES" II THROUGH   :
V DOING BUSINESS AS "BROADWAY AUDIO"      :
                                          :
         Defendants.                      :
- - - - - - - - - - - - - - - - - - - -x

### CLERK'S CERTIFICATE

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that that the Affidavit of Service in the above-entitled action indicates that defendant, Xiu Hui Chen was served with the Amended Summons and Amended Complaint on December 21, 2007, by affixing a copy of such to the door of the defendant's residence located at 125 Allen Street, Apt. 6D, New York, NY 10002 and then mailing such to defendant at her residence.

I further certify that a review of the court file and docket entries indicates that defendant Xiu Hui Chen has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The default of the defendant Xiu Hui Chen is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       Jan 17, 2008

By: _____
    J. Michael McMahon, Clerk
    United States District Court