# EXHIBIT A

Plaintiff's Motion Pictures Seized From "Broadway Audio" on October 6, 2007

| Title | Episodes | Registration Number | Quantity Seized | Works for Which Statutory Damages Are Requested |
|---|---|---|---|---|
| **Tai Seng Series** | | | | |
| Aroma In Autumn | 1-2 | PA 1-255-327 | 4 | 2 |
| Ching Dynasty, The | 1-50 | PA 1-332-807 | 21 | 50 |
| Condor Hero | 1-2 | PA 1-340-860 | 2 | 20 |
| | 3-20 | PA 1-333-025 | | |
| | 21-41 | Pending | | |
| Fairies of Liaozhai, The | 1-38 | PA 1-355-575 | 2 | 38 |
| Fox Volant of Snowy Mountain | 1-40 | PA 1-373-851 | 24 | 40 |
| Legend And The Hero II, The | 1-38 | Pau 2-921-143 | 2 | 38 |
| Love At First Fight | 1-2 | PAu3-133-557 | 8 | 2 |
| Mama's Soup House | 1-26 | PA 1-378-768 | 2 | 26 |
| Men & Legends | 1-32 | PAu3-133-560 | 8 | 32 |
| Patriotic Knights, The | 1-2 | PA 1-340-858 | 4 | 2 |
| Seven Swordsmen | 1-19 | PAu3-049-784 | 2 | 19 |
| Singing When You Are Sad | 1-32 | PAu3-133-561 | 2 | 32 |
| Sword Stained With Royal Blood | 1-2 | PA 1-353-128 | 10 | 30 |
| | 3-30 | PAu3-116-308 | | |
| **TVB Series** | | | | |
| A Step Into the Past | 1-20 | PA1-074-513 | 12 | 20 |
| Armed Reaction | 1-20 | PA 922-417 | 36 | 20 |
| Au Revoir Shanghai | 1-20 | PA 1-366-445 | 10 | 20 |
| Bar Bender | 1-20 | PA 1-335-389 | 20 | 20 |
| Best Selling Secrets | | Pending | 53 | |
| Burning Flame | 1-20 | PA 923-709 | 16 | 43 |
| | 21-43 | PA 923-704 | | |
| C.I.B. Files | 1-20 | PA 1-383-518 | 12 | 20 |
| Detective Investigation Files | 1-3 | PA 700-243 | 66 | 20 |
| | 4-6 | PA 700-245 | | |
| | 7-9 | PA 700-244 | | |
| | 10-12 | PA 700-248 | | |
| | 13-15 | PA 700-247 | | |
| | 16-18 | PA 700-233 | | |
| | 19-20 | PA 700-232 | | |
| Dicey Business | 1-20 | PA 1-354-363 | 60 | 35 |
| | 21-35 | PA 1-354-362 | | |

**Plaintiff's Motion Pictures Seized From "Broadway Audio" on October 6, 2007**

| Title | Episodes | Registration Number | Quantity Seized | Works for Which Statutory Damages Are Requested |
|---|---|---|---|---|
| Fathers and Sons | | Pending | 6 | |
| Food For Life (Yummy Yummy) | 1-20 | PA 1-304-556 | 17 | 30 |
| | 21-30 | PA 1-304-553 | | |
| Glittering Days | 1-20 | PA 1-366-557 | 16 | 20 |
| Golden Faith | 1-20 | PA1-124-846 | 16 | 45 |
| | 21-40 | PA1-124-847 | | |
| | 41-45 | PA1-124-851 | | |
| Heart of Greed | 1-20 | PA 1-388-867 | 20 | 40 |
| | 21-40 | PA 1-388-868 | | |
| Just Love | 1-20 | PA 1-286-847 | 8 | 20 |
| Land of Wealth | 1-20 | PA 1-376-217 | 20 | 32 |
| | 21-32 | PA 1-376-213 | | |
| Life Art | 1-20 | PA 1-383-516 | 18 | 20 |
| Life Made Simple | 1-20 | PA 1-313-809 | 20 | 20 |
| Love Guaranteed | 1-20 | PA 1-366-443 | 32 | 20 |
| Maidens' Vow | 1-20 | PA 1-383-519 | 12 | 20 |
| On the Road | | Pending | 4 | |
| Point of No Return | 1-20 | PA 1-212-979 | 24 | 30 |
| | 21-30 | PA 1-212-978 | | |
| Smiling Proud Wanderer | 1-20 | PA1-129-799 | 16 | 30 |
| | 21-30 | PA1-129-797 | | |
| Steps | | Pending | 31 | |
| The Drive of Life | | Pending | 75 | |
| The Family Link | | Pending | 30 | |
| The Price of Greed | 1-20 | PA 1-354-357 | 16 | 20 |
| The Scavenger's Paradise | 1-20 | PA 1-283-419 | 14 | 20 |
| The Slicing of the Demon | | Pending | 13 | |
| To Grow With Love | 1-20 | PA 1-366-438 | 22 | 21 |
| | 21 | PA 1-366-437 | | |

**Motion Pictures**

| Title | Episodes | Registration Number | Quantity Seized | Works for Which Statutory Damages Are Requested |
|---|---|---|---|---|
| House of Mahjong | | PA 1-383-679 | 4 | 1 |
| Love Is Not All Around | | PA 1-383-677 | 2 | 1 |
| Project A | | PA 388-025 | 4 | 1 |
| Wing Chun aka Yong Chun | | Pending | 2 | |

**Totals**           **818**    **920**