# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM PA** 
UNITED STATES COPYRIGHT OFFICE

**PA 700-244**

PA / PAU

EFFECTIVE DATE OF REGISTRATION

**JUN 2 1 1995**
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 TITLE OF THIS WORK ▼**
Detective Investigation Files - Episodes 7, 8, 9

**PREVIOUS OR ALTERNATIVE TITLES ▼**
刑事偵緝檔案

**NATURE OF THIS WORK ▼** See instructions
MOTION PICTURE WITH CHINESE SOUNDTRACK

**2 a NAME OF AUTHOR ▼**
TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
**1994** ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 03   Day ▶ 21   Year ▶ 95
United Kingdom (Hong Kong)

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TELEVISION BROADCASTS LIMITED 電視廣播有限公司
TV CITY, CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

APPLICATION RECEIVED
JUN 21 1995
ONE DEPOSIT RECEIVED
JUN 21 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                              Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼
LAW OFFICES OF DENNIS SPENCER KAHANE       DENNIS S. KAHANE, ESQ
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583

Area Code & Telephone Number ▶ (510)-901-1100

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of TELEVISION BROADCASTS LIMITED 電視廣播有限公司
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                    date ▶ May 08 1995

Handwritten signature (X) ▼

MAIL CERTIFICATE TO

Name ▼
LAW OFFICES OF DENNIS SPENCER KAHANE
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583

Certificate will be mailed in window envelope

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                              ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432 40,012

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRA[TION NUMBER]

PA 700-248

PA / PAU

EFFECTIVE DATE OF REGISTRATION

JUN 2 1 1995
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1. TITLE OF THIS WORK ▼**
Detective Investigation Files - Episodes 10, 11, 12

**PREVIOUS OR ALTERNATIVE TITLES ▼**
刑事偵緝檔案

**NATURE OF THIS WORK ▼** See instructions
MOTION PICTURE WITH CHINESE SOUNDTRACK

**2. NAME OF AUTHOR ▼**
a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 03   Day ▶ 24   Year ▶ 95
United Kingdom (Hong Kong) ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TELEVISION BROADCASTS LIMITED 電視廣播有限公司
TV CITY, CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

APPLICATION RECEIVED
JUN 21 1995
ONE DEPOSIT RECEIVED
JUN 21 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Special Relief granted under
Sec. 202.20(d) of the C.O. Reg.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                   Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
LAW OFFICES OF DENNIS SPENCER KAHANE     DENNIS S. KAHANE, ESQ
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶  (510)-901-1100

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TELEVISION BROADCASTS LIMITED 電視廣播有限公司
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                              date ▶ May 08 1995

Handwritten signature (X) ▼

| MAIL<br>CERTIFI-<br>CATE TO | Name ▼<br>LAW OFFICES OF DENNIS SPENCER KAHANE |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apartment Number ▼<br>3130 CROW CANYON PLACE, SUITE 270<br>City/State/ZIP ▼<br>SAN RAMON, CA 94583 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                                              ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 700-247**

EFFECTIVE DATE OF REGISTRATION

JUN 2 1 1995
Month    Day    Year



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1  TITLE OF THIS WORK ▼**

Detective Investigation Files - Episodes 13, 14, 15

**PREVIOUS OR ALTERNATIVE TITLES ▼**

刑 事 偵 緝 檔 案

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2  NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer...

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.

1994 ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.

Month ▶ 03   Day ▶ 29   Year ▶ 95
United Kingdom (Hong Kong) ◀ Nation

---

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司
TV CITY, CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

APPLICATION RECEIVED
JUN 21 1995
ONE DEPOSIT RECEIVED
JUN 21 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

FORM PA

*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent     Name/Address/Apt/City/State/Zip ▼
LAW OFFICES OF DENNIS SPENCER KAHANE    DENNIS S. KAHANE, ESQ
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (510)-901-1100

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TELEVISION BROADCASTS LIMITED 電視廣播有限公司
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                  date ▶ May 08 1995

Handwritten signature (X) ▼
[signature]

**MAIL CERTIFI- CATE TO**

Name ▼
LAW OFFICES OF DENNIS SPENCER KAHANE
Number Street Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City State ZIP ▼
SAN RAMON, CA 94583

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000     ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 700-233**



EFFECTIVE DATE OF REGISTRATION

**JUN 2 1 1995**

Month — Day — Year



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 · TITLE OF THIS WORK ▼**

Detective Investigation Files - Episodes 16, 17, 18

**PREVIOUS OR ALTERNATIVE TITLES ▼**

刑事偵緝檔案

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2 · NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3 · YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**1994** ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 04   Day ▶ 03   Year ▶ 95
United Kingdom (Hong Kong) ◀ Nation

---

**4 · COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司
TV CITY, CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

APPLICATION RECEIVED
JUN 21 1995
ONE DEPOSIT RECEIVED
JUN 21 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

FORM PA

*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼      Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
LAW OFFICES OF DENNIS SPENCER KAHANE    DENNIS S. KAHANE, ESQ
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583

Area Code & Telephone Number ▶ (510)-901-1100

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of TELEVISION BROADCASTS LIMITED 電視廣播有限公司
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                   date ▶ May 08 1995

Handwritten signature (X) ▼

MAIL CERTIFI-CATE TO
Name ▼
LAW OFFICES OF DENNIS SPENCER KAHANE
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000


☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432 40,012

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA** 
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 700-232**

PA    PAU

EFFECTIVE DATE OF REGISTRATION

**JUN 2 1 1995**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 TITLE OF THIS WORK ▼**

Detective Investigation Files - Episodes 19, 20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

刑事偵緝檔案

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2 NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases.
**1994** ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 04   Day ▶ 06   Year ▶ 95
United Kingdom (Hong Kong)

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司
TV CITY, CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

APPLICATION RECEIVED
JUN 21 1995

ONE DEPOSIT RECEIVED
JUN 21 1995  *

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

FORM PA

*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name Address Apt/City State Zip ▼
LAW OFFICES OF DENNIS SPENCER KAHANE    DENNIS S. KAHANE, ESQ
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (510)-901-1100

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TELEVISION BROADCASTS LIMITED電視廣播有限公司
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                              date ▶ May 08 1995

Handwritten signature (X) ▼

MAIL CERTIFI- CATE TO
Name ▼
LAW OFFICES OF DENNIS SPENCER KAHANE
Number Street Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City State ZIP ▼
SAN RAMON, CA 94583

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                                     ✩ U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number:**

PA 1-354-363

**Effective date of registration:**

March 7, 2007

---

**Title**

  **Title of Work:** Dicey Business - Episodes 1-20

  **Nature of Work:** MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

**Completion/Publication**

  **Year of Completion:** 2006
  **Date of 1st Publication:** November 20, 2006      **Nation of 1st Publication:** Hong Kong

**Author**

  **Author:** TELEVISION BROADCASTS LIMITED
  **Nature of Authorship:** CO-AUTHOR OF MOTION PICTURE
  **Work made for hire:** Yes
  **Domiciled in:** Hong Kong
  **Anonymous:** No          **Pseudonymous:** No
  **Author:** TVBO PRODUCTION LIMITED
  **Nature of Authorship:** CO-AUTHOR OF MOTION PICTURE
  **Work made for hire:** Yes
  **Domiciled in:** Bermuda Islands
  **Anonymous:** No

**Copyright claimant**

  **Copyright Claimant:** TVBO PRODUCTION LIMITED
    CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA
  **Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

**Limitation of copyright claim**

  **Previously registered:** No

**Certification**

  **Name:** KAREN P.Y. WAN
  **Date:** February 10, 2007

---

  **Correspondence:** Yes

IPN #: *158610092*

Registration #: *PA0001354363*

Service Request #: 1-5760460

10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE
KOWLOON, HONG KONG