```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x    07-CIV-8297(SHS)
U2 HOME ENTERTAINMENT, INC.,                :
                                            :
            Plaintiff,                      :
                                            :
      vs.                                   :
                                            :
XIU HUI CHEN AND "JOHN DOES" II THROUGH     :
V DOING BUSINESS AS "BROADWAY AUDIO"        :
                                            :
            Defendants.                     :
- - - - - - - - - - - - - - - - - - - - -x
```

**AFFIDAVIT OF SERVICE BY MAIL**

I, Julia Montanez, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Newark, New Jersey. On February 6, 2008 I served VIA MAIL the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST XIU HUI CHEN D/B/A AS "BROADWAY AUDIO" and NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST XIU HUI CHEN DOING BUSINESS AS "BROADWAY AUDIO" dated February 6, 2008 to:

>       To:  Xiu Hui Chen
>            125 Allen Street
>            Apt. 6D
>            New York, New York 10002

Dated: February 6, 2008

_____
Julia Montanez