UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x  07-CIV-8297(SHS)
U2 HOME ENTERTAINMENT, INC.,   :
                               :
            Plaintiff,         :  **SATISFACTION**
                               :  **OF JUDGMENT**
       vs.                     :
                               :
XIU HUI CHEN AND "JOHN DOES" II THROUGH :
V DOING BUSINESS AS "BROADWAY AUDIO"    :
                               :
            Defendants.        :
------------------------------x

WHEREAS, on March 5, 2008, a judgment was entered in favor of plaintiff, U2 Home Entertainment Inc. against the defendant, Xiu Hui Chen doing business as "Broadway Audio", in the above entitled action for the sum of $690,000.00; and

WHEREAS, the parties have agreed to settle the judgment,

THEREFORE, satisfaction of the said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

Dated: March 5, 2008

SARGOY, STEIN, ROSEN & SHAPIRO

By: _____
HARVEY SHAPIRO
1790 Broadway, 14th Floor
New York, N.Y. 10019
(212) 621-8224
ATTORNEYS FOR PLAINTIFF